Exhibit "C"

Exhibit "C"

**KUTAK ROCK LLP**

THE OMAHA BUILDING
1650 FARNAM STREET

OMAHA, NEBRASKA 68102-2186

402-346-6000
FACSIMILE 402-346-1148

www.kutakrock.com

ATLANTA
CHICAGO
DENVER
FAYETTEVILLE
IRVINE
KANSAS CITY
LITTLE ROCK
LOS ANGELES
MINNEAPOLIS
OKLAHOMA CITY
PHILADELPHIA
RICHMOND
SCOTTSDALE
SPOKANE
WASHINGTON, D.C.
WICHITA

SEAN P. CONNOLLY
sean.connolly@kutakrock.com
(402) 346-6000

September 9, 2016

Mr. Chris Tatasciore, Principal
Valor Gutter Guard
3495 Swetzer Road
Loomis, CA 95650

Re: Valor GutterGuard

Dear Mr. Tatasciore:

My firm, Kutak Rock, LLP, represents Gutterglove, Inc. in various intellectual property matters. As you know, Gutterglove, Inc. manufactures and sells gutter guards. In the course of developing its products, Gutterglove, Inc. has invented several new and useful technologies related to gutter guards. These inventions include those described and claimed in its various patents. In particular, we have been retained to conduct a review of Valor's GutterGuard product. Our review has revealed that your product, the Valor GutterGuard, very likely infringes at least one claim of U.S. Patent Nos. 8,479,454 and 9,021,747. Copies of the patents are enclosed.

The sample of the commercial product we believe you have or plan to be offering meets each and every limitation of at least one claim of each of the above referenced patents. Under the patent statutes, "whoever without authority makes, sells, offers to sell, or imports into the United States any patented invention during the term of the patent therefore, infringes the patent." 35 U.S.C. § 271(a).

Gutterglove, Inc. believes there may be a mutually beneficial business solution to the situation. We would like to discuss with you what a solution may look like, including the possibility of negotiating a license to Gutterglove, Inc.'s patents or modifying the design of the Valor GutterGuard product.

Should you not be interested in discussing a business solution, Gutterglove, Inc. demands that you cease and desist from making, selling, offering to sell or importing the Valor GutterGuard gutter guards. We further demand that any inventory on hand be destroyed and that we be provided an accounting of the following information:

1. A detailed list and accounting of all uses of our client's claimed gutter guard designs.

KUTAK ROCK LLP

    2. The total quantity of Valor GutterGuard you have sold at any time up to your receipt of this letter.
    3. An accounting of your total revenues and profits generated from the sale of Valor GutterGuard.
    4. The identity of any party from whom your company obtained the Valor GutterGuard including any manufactures or distributors.
    5. The amount of Valor GutterGuard you have in inventory.

This information should be provided with full documentation including, but not limited to, financial and other business records.

Please contact me in the next ten (10) business days so we can begin a dialogue on these issues.

This is not a full recitation of all the facts and legal issues and nothing in this letter is meant to waive any rights or claims. Please do not hesitate to contact me if you have any questions in regards to this letter.

Sincerely,

Sean P. Connolly
Attorney
Kutak Rock, LLP

4848-3713-5160.1