United States District Court
Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF CALIFORNIA

7

8    GUTTERGLOVE, INC.,                          Case No.  2:16-cv-2408  (WHO)

         Plaintiff,

9

10        v.                                      **ORDER FOR CASE REASSIGNED TO
                                                  VISITING JUDGE ORRICK AND
     AMERICAN DIE and ROLLFORMING,                SETTING INITIAL CASE
11   INC. and VALOR GUTTER GUARD,                 MANAGMENT CONFERENCE**

12        Defendants.

13        This case has been reassigned to the Hon. William H. Orrick of the Northern District of

14   California, who is serving as a visiting judge in the Eastern District of California.

15        **Governing Rules and Procedures**

16        The Eastern District of California Local Rules will govern this case, including EDCA

17   Local Rule 271 (Voluntary Dispute Resolution Program), with the following exceptions:

18        Judge Orrick's Standing Order

19        Counsel should review and follow Judge Orrick's Standing Order for Civil Cases,

20   available at https://cand.uscourts.gov/whoorders "Judge Orrick's Standing Order Civil."

21        Northern District of California Local Patent Rules

22        The Northern District of California's Local Patent Rules shall apply in this case.  A copy

23   of those rules can be found at https://cand.uscourts.gov/localrules/patent.

24        Noticed Motions and Hearings

25        Law and Motion hearings will generally be held for the Eastern District cases on

26   **Wednesdays at 1:30 p.m**.  To reserve a hearing date, contact Judge Orrick's Courtroom Deputy

27   Jean Davis at 415-522-7171 or jean_davis@cand.uscourts.gov.  Parties will be expected to appear

28   telephonically for any hearing, unless both sides agree to appear in person in San Francisco and

1   inform Courtroom Deputy Jean Davis of their intent to appear.  Prior to the hearing, Judge Orrick

2   may determine that a matter is appropriate for resolution on the papers and may vacate the hearing

3   date.

4         Motions shall be noticed for hearing at least 35 days before the proposed hearing date.

5   Any opposition to the motion shall be filed no later than 14 days after the motion was filed.  Any

6   reply shall be filed no later than 7 days after the opposition and in no event less than 14 days prior

7   to the noticed hearing date.

8         Discovery

9         If a discovery dispute arises, counsel shall follow Judge Orrick's Joint Discovery Letter

10   procedure, described in detail in his Standing Order.  https://cand.uscourts.gov/whoorders "Judge

11   Orrick's Standing Order Civil."  EDCA Local Rules 251 and 302(c) do not apply to this case.

12         EDCA Local Rule 302(c)

13         EDCA Local Rule 302(c)'s designation of motions to be resolved by a Magistrate Judge

14   does not apply in this case.  Matters may be referred to a Magistrate Judge by Judge Orrick on a

15   case-by-case basis.

16         Proposed Orders and Requests to Seal

17         All proposed orders and requests to seal required under the EDCA Local Rules shall be

18   emailed to WHO_po@cand.uscourts.gov.  For requests to seal, the request to seal, the proposed

19   order, and all documents covered by the request shall be emailed in electronic form to

20   WHO_po@cand.uscourts.gov.  Do not file requests to seal or documents covered by requests to

21   seal in paper at the EDCA or NDCA courthouses.

22   **Initial Case Management Conference**

23         A Case Management Conference will be held on **February 14, 2017 at 3:00 pm**.  Parties

24   will be expected to appear telephonically, unless both sides agree to appear in person in Judge

25   Orrick's courtroom in San Francisco and notify Courtroom Deputy Jean Davis of their intent to

26   appear.  The parties' Case Management Conference Statement shall follow the form of and

27   address the issues specified in the Standing Order for All Judges of the Northern District of

28   California (for Case Management).  A copy of that Standing Order can be found at

United States District Court
Northern District of California

1   https://cand.uscourts.gov/whoorders "Standing Order for All Judges of the Northern District of

2   California."

3

4   **IT IS SO ORDERED**.

5   Dated:  October 13, 2016

6   _____

7   WILLIAM H. ORRICK
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28