Jacob Song (SBN 265371)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614
Telephone: (949) 417-0999
Facsimile: (949)-417-5394
Email: Jacob.Song@KutakRock.com

Jason S. Jackson, Pro Hac Vice
Sean Connolly, Pro Hac Vice
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 98102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Email: Jason.Jackson@kutakrock.com
Email: Sean.Connolly@kutakrock.com

Sara Weilert Gillette, Pro Hac Vice
KUTAK ROCK LLP
2300 Main St., Ste. 800
Kansas City, MO 64108-2416
Telephone: (816) 960-0090
Facsimile: (816) 960-0041
Email: Sara.Gillette@KutakRock.com

Attorneys for Plaintiff and Counterdefendant,
GUTTERGLOVE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUTTERGLOVE, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DIE and ROLLFORMING, INC., a California corporation; and ARTESIAN HOME PRODUCTS, dba VALOR GUTTER GUARD,<br><br>Defendants. | Case No. 2:16-CV-02408-WHO<br><br>Judge: Hon. William H. Orrick<br><br>**ORDER PERMITTING USE OF ELECTRONIC DISPLAY EQUIPMENT AT HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Whereas, hearing on Defendants' Motion for Summary Judgment ("Motion") is presently set for April 18, 2018 at 1:30 p.m. in Courtroom 2, 17th Floor at 450 Golden Gate Avenue, San Francisco, California;

Whereas, counsel for Plaintiff and Counterdefendant Gutterglove, Inc. ("Gutterglove") may use electronic display equipment at the hearing on Defendants' Motion, including a digital projector and related equipment;

Whereas, counsel for Gutterglove understands that if they elect to use electronic display equipment, they must furnish their own electronic display equipment for use at hearing on Defendants' Motion;

Having found good cause for permitting the use of such electronic display equipment, the Court hereby rules as follows:

IT IS HEREBY ORDERED:

1. The Court GRANTS Gutterglove permission to bring and use electronic display equipment at the hearing on Defendants' Motion as part of oral argument present set for April 18, 2018 at 1:30 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATE: April 16, 2018

GRANTED
Judge William H. Orrick

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -

CASE NO. 2:16-CV-02408-WHO

[PROPOSED] ORDER PERMITTING USE OF ELECTRONIC DISPLAY EQUIPMENT