John P. Costello. Esq. (SBN 161511)
**COSTELLO LAW CORPORATION**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 441-2234
Facsimile: (916) 441-4254
Jcostello@costellolawcorp.com

Attorneys for Defendants
American Die and Rollforming, Inc.; and
Artesian Home Products, a California
Corporation, dba Valor Gutter Guard

**FILED**
Apr 16, 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUTTERGLOVE INC., a California Corporation,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN DIE AND ROLLFORMING INC., a California Corporation; and ARTESIAN HOME PRODUCTS, INC., a California Corporation, dba "Valor Gutter Guard"<br><br>Defendants. | Case No. 2:16-CV-02408-WHO<br><br>**ORDER PERMITTING USE OF ELECTRONIC DISPLAY EQUIPMENT AT HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**<br><br>Action Filed: October 7, 2016<br>Judge: Honorable William H. Orrick III |

| | |
|---|---|
| 1 | Whereas, hearing on Defendants' Motion for Summary Judgment ("Motion") |
| 2 | |
| 3 | is presently set for April 18, 2018 at 1:30 p.m. in Courtroom 2, 17th Floor at 450 |
| 4 | Golden Gate Avenue, San Francisco, California; |

Whereas, hearing on Defendants' Motion for Summary Judgment ("Motion") is presently set for April 18, 2018 at 1:30 p.m. in Courtroom 2, 17th Floor at 450 Golden Gate Avenue, San Francisco, California;

Whereas, counsel for Defendants American Die and Rollforming, Inc. and Artesian Home Products, Inc. ("Defendants") may use electronic display equipment at the hearing on Defendants' Motion, including a digital projector and related equipment;

Whereas, counsel for Defendants understand that if they elect to use electronic display equipment, they must furnish their own electronic display equipment for use at hearing on Defendants' Motion;

Having found good cause for permitting the use of such electronic display equipment, the Court hereby rules as follows:

IT IS HEREBY ORDERED:

1. The Court GRANTS Defendants permission to bring and use electronic display equipment at the hearing on Defendants' Motion as part of oral argument presently set for April 18, 2018 at 1:30 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

[PROPOSED] ORDER PERMITTING USE OF ELECTRONIC DISPLAY EQUIPMENT AT HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT
CASE NO. 2:16-CV-02408-WHO

2

1  IT IS SO ORDERED.

2  DATE: __April 16, 2018__

3                                              HON. WILLIAM H. ORRICK

4                                              UNITED STATES DISTRICT JUDGE

[Stamp: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA / GRANTED / Judge William H. Orrick]

---

[PROPOSED] ORDER PERMITTING USE OF ELECTRONIC DISPLAY EQUIPMENT AT HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT
CASE NO. 2:16-CV-02408-WHO