**COSTELLO LAW CORPORATION**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 441-2234
Facsimile: (916) 441-4254
Jcostello@costellolawcorp.com

Attorneys for Defendants and Counterclaimants
American Die and Rollforming, a
California Corporation and
Artesian Home Products, a California Corporation,
dba Valor Gutter Guard

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUTTERGLOVE INC., a California Corporation,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN DIE AND ROLLFORMING, a California Corporation and ARTESIAN HOME PRODUCTS, a California Corporation, dba "Valor Gutter Guard"<br><br>Defendants. | Case No. 2:16 CV 02408-WHO<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS OF THE '747 PATENT, ALL CLAIMS OF THE '454 PATENT AND ALL COUNTERCLAIMS**<br><br>Action Filed: October 7, 2016<br>Judge: Honorable William H. Orrick III |

WHEREAS, Plaintiff Gutterglove, Inc. ("Gutterglove") hereby represents and warrants that it owns all right, title and interest in U.S. Patent Nos. 9,021,747 (the "'747 Patent") and 8,479,454 (the "'454 Patent") (collectively, the "Asserted Patents");

WHEREAS Gutterglove alleges in its Complaint that American Die and Rollforming, a California Corporation ("ADR") and Artesian Home Products, a California Corporation ("Artesian") (collectively "Defendants") are directly infringing and contributorily infringing or inducing the infringement of the Asserted Patents, and further allege that the Defendants have willfully infringed the Asserted Patents by making, using, selling and/or offering to sell various gutter guard products (the "Asserted Products");

WHEREAS Defendants deny these allegations and seek a declaration that the Asserted Patents are invalid, unenforceable, and not infringed;

WHEREAS this case is presently stayed (Dkt# 83) pending the outcome of the following three Inter Partes Review petitions presently before the Patent Trial and Appeals Board: Case Nos. IPR 2018-00015, 2018-00030 and 2018-00031;

WHEREAS in the interim, the Parties hereto have reached a settlement of this case in its entirety, the terms of which have been memorialized in a Settlement

STIPULATION AND ORDER DISMISSING ALL CLAIMS OF THE '747 PATENT, ALL CLAIMS OF THE '454 PATENT AND ALL COUNTERCLAIMS
CASE NO. 2:16-CV-02408-WHO

Agreement having an Effective Date of November 7, 2018 (the "Settlement Agreement");

WHEREAS pursuant to the Settlement Agreement, Gutterglove has agreed to dismiss its Complaint, with prejudice, and Defendants have likewise agreed to dismiss all counterclaims as set forth herein;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients:

For an order pursuant to Fed. R. Civ. P. 41(a)(2): (1) dismissing the Complaint in this matter, entirely, including all claims and causes of action of Gutterglove as to the Accused Products in this litigation and as to all claims of the '747 Patent and all claims of the '454 Patent, with prejudice, and (2) dismissing all counterclaims of the Defendants as set forth herein. Pursuant to the settlement agreement of the parties, Defendants' dismissal of their counterclaims is with prejudice except to the extent that Defendants' dismissal shall be without prejudice and their right to reassert their claims that the '747 Patent or the '454 Patent is invalid or unenforceable are preserved and may be reasserted only in the event that either the '747 Patent or the '454 Patent or their progeny are asserted or threatened against any of the Defendants or their affiliated entities or their suppliers, distributors, retailers, installers, or customers or any of their owners, directors, employees, officers shareholders, agents or attorneys based upon any claim or allegation that the past, present or future manufacture, use, installation, sale, license, distribution, offer for sale, offer for license, import, export, or other exploitation of any of the past, present, or future products or services of any of the Defendants infringes either the '747 Patent or the '454 Patent or their progeny.

This dismissal is subject only to reinstatement of the case in the event that the Settlement Agreement is not performed within 30 days of the date of the entry of this

STIPULATION AND ORDER DISMISSING ALL CLAIMS OF THE '747 PATENT, ALL CLAIMS OF THE '454 PATENT AND ALL COUNTERCLAIMS
CASE NO. 2:16-CV-02408-WHO

Order and the entry of a new Scheduling Order in the event that it is necessary for the case to be reinstated.

The respective Parties hereto are to bear their own attorney's fees and costs.

**IT IS SO AGREED AND STIPULATED:**

| | | |
|---|---|---|
| 1 | Dated: November 9, 2018 | KUTAK ROCK LLP |
| 2 | | |
| 3 | | By: */s/ Jason S. Jackson* |
| | | Jason S. Jackson |
| 4 | | Jacob Song |
| | | Sara Weilert-Gillette |
| 5 | | KUTAK ROCK LLP |
| | | 1650 Farnham Street |
| 6 | | The Omaha Building |
| | | Omaha, NE 68102-2103 |
| 7 | | Telephone: (402) 346-6000 |
| | | Facsimile: (402) 346-1148 |
| 8 | | Jason.Jackson@KutakRock.com |
| | | Jacob.Song@KutakRock.com |
| 9 | | Sara.Gillette@KutakRock.com |
| | | Attorneys for Plaintiff |
| | | GUTTERGLOVE, INC. |

| | | |
|---|---|---|
| Dated: November 9, 2018 | | COSTELLO LAW CORPORATION |
| | | By: */s/ John P. Costello* |
| | | John P. Costello |
| | | COSTELLO LAW CORPORATION |
| | | 2267 Lava Ridge Court |
| | | Suite 210 |
| | | Roseville, CA 95661 |
| | | Telephone: (916) 441-2234 |
| | | Facsimile: (916) 441-4254 |
| | | Jcostello@costellolawcorp.com |
| | | Attorneys for Defendants |
| | | AMERICAN DIE AND ROLLFORMING AND ARTESIAN HOME PRODUCTS, dba VALOR GUTTER GUARD |

STIPULATION AND ORDER DISMISSING ALL CLAIMS OF THE '747 PATENT, ALL CLAIMS OF THE '454 PATENT AND ALL COUNTERCLAIMS
CASE NO. 2:16-CV-02408-WHO

**PURSUANT TO STIPULATION IT IS SO ORDERED.**



DATE: November 13, 2018

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER DISMISSING ALL CLAIMS OF THE '747 PATENT, ALL CLAIMS OF THE '454 PATENT AND ALL COUNTERCLAIMS
CASE NO. 2:16-CV-02408-WHO